IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00320-WDM-MEH

TINA DJULVEZAN FOWLER,

     Plaintiff,

v.

SHAW ENVIRONMENTAL AND INFRASTRUCTURE, INC.,
A SHAW GROUP COMPANY,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 24, 2006.**

     Plaintiff indicating no opposition, and the request being timely, the Motion for Leave to File Supplemental and Amended Answer to Plaintiff's Complaint [Filed May 18, 2006; Docket #16] is **granted**.

     The Supplemental and Amended Answer to Plaintiff's Complaint prematurely filed by the Defendant on May 18, 2006 (Docket #15), is hereafter deemed the governing responsive pleading in this case. For future reference, however, amended pleadings are merely tendered to the Court as an exhibit to the motion requesting the amendment as found under District of Colorado ECF Procedure V(H)(3).