IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00320-WDM-MEH

TINA DJULVEZAN FOWLER,

    Plaintiff,

v.

SHAW ENVIRONMENTAL AND INFRASTRUCTURE, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 3, 2006.**

    Based on the parties' representation that the above-captioned case has settled, Plaintiff's Motion to Quash Subpoenas and for Protective Order [Filed September 14, 2006; Docket #28] and Plaintiff's Motion for Protective Order [Filed September 15, 2006; Docket #32] are **denied** without prejudice as moot.