IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00320-WDM-MEH

TINA DJULVEZAN FOWLER,

    Plaintiff,

v.

SHAW ENVIRONMENTAL AND INFRASTRUCTURE INC.,

    Defendant.

## NOTICE OF DISMISSAL

    The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on November 21, 2006.

                                             BY THE COURT:

                                             s/ Walker D. Miller
                                             United States District Judge